[No. 61301-4-I.   Division One.   May 18, 2009.]

JEREMY LOERCH, *Respondent*, v. ERIC E. MILLER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-11738-7, Andrea A. Darvas, J., entered February 13, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 61369-3-I.   Division One.   May 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE WALLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01965-5, Michael T. Downes, J., entered March 12, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Appelwick, JJ.

[No. 61529-7-I.   Division One.   May 18, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN JACKSON III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12336-7, Sharon S. Armstrong, J., entered April 9, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Lau, JJ.

[No. 61597-1-I.   Division One.   May 18, 2009.]

JUNKO KOGA, *Respondent*, v. KOJI YOSHIDA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-28800-9, Douglas D. McBroom, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.